ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: arturo@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, Mark M. Sharf*

**FILED & ENTERED**

**JAN 31 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VISION ADELANTE,<br><br>　　　　　　Debtor.<br>_____<br><br>MARK M. SHARF, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Vision Adelante,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOODBYE VITILIGO/ADIOS VITILIGO, INC., a California corporation; and RICARDO MAGANA, an individual,<br><br>　　　　　　Defendants. | Case No. 2:21-bk-18528-WB<br><br>Chapter 7<br><br>Adversary No. 2:23-ap-01461-WB<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST RICARDO MAGANA AND GOODBYE VITILIGO/ADIOS VITILIGO, INC.**<br><br>Hearing:<br>Date:　　January 14, 2025<br>Time:.　2:00 p.m.<br>Courtroom: 1375<br>Location:　255 E. Temple Street<br>　　　　　　Los Angeles, California 90012 |

Based on the Order granting Plaintiff's Motion for Summary Judgment, JUDGMENT is hereby entered in favor of Plaintiff and against Ricardo Magana and Goodbye Vitiligo/Adios Vitiligo, Inc. as follows:

1. Judgment is hereby entered in favor of Mark M. Sharf, Chapter 7 Trustee of the bankruptcy estate of Vision Adelante ("Trustee") and against Ricardo Magana and Goodbye Vitiligo/Adios Vitiligo, Inc., jointly and severally, in the amount of $125,000 plus pre-judgment interest at a rate of 10% per annum from February 14, 2019 until the date of entry of this Judgment on Trustee's claims for unjust enrichment and money had and received.

2. Post-judgment interest as provided by 28 U.S.C. § 1961 shall accrue on this Judgment from the date of entry of this Judgment until it is satisfied.

3. Ricardo Magana and Goodbye Vitiligo/Adios Vitiligo, Inc. shall immediately turn over $125,000 plus pre-judgment interest at a rate of 10% per annum from February 14, 2019 until the date of entry of this Judgment to Trustee pursuant to 11 U.S.C. § 542.

///

Date: January 31, 2025

Julia W. Brand
United States Bankruptcy Judge

Judgment                                2